IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHEILA DANE,

       Plaintiff,

vs.

LAURA BUICK-GMC, INC,

       Defendant.

Case No. 13-cv-85-JPG-SCW

**MEMORANDUM AND ORDER**

       This matter comes before the Court on defendant Laura Buick-GMC, Inc.'s motion to dismiss (Doc. 6).  The Court extended plaintiff Sheila Dane's time to respond to this motion until May 13, 2013.  To date the Court has not received plaintiff's response.  Pursuant to Local Rule 7.1(c), the Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion.  Local Rule 7.1(c).  The Court hereby **ORDERS** plaintiff to **SHOW CAUSE** on or before May 27, 2013, why the Court should not construe her failure to timely respond to the motion to dismiss as an admission of the merits of the motion and dismiss her claims against defendant.  Failure to respond in a timely manner to this order may result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

**IT IS SO ORDERED.**

**DATED:** May 17, 2013

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**